

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-14-00904-CR

Jonathan Matthew **ESCOBEDO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-09-0117-CRA
Honorable Donna S. Rayes, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to August 17, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Richard E. Langlois                      Rene M. Pena
Law Offices Of Richard E. Langlois      81st District Attorney
217 Arden Grove                          1327 3rd Street
San Antonio, TX 78215                    Floresville, TX 78114